# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES EUGENE HERMANSON,
Petitioner,
vs.
THE THIRD JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF LYON,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 78500

**FILED**

APR 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This pro se original petition for a writ of mandamus challenges the district court's failure to vacate petitioner's sentence upon determining that a pre-sentence investigation report should have been prepared prior to sentencing. Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, we decline to intervene because petitioner failed to submit an appendix for our review with copies of the relevant district court orders and records. *See* NRS 34.160; NRAP 21(a)(4). Accordingly, without deciding upon the merit of any claims raised, we

ORDER the petition DENIED.

_____ C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Hardesty

cc: James Eugene Hermanson
Attorney General/Carson City
Lyon County District Attorney
Third District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A